

Order Filed on September 6, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>Isaac A. Moore, Sr. | Case No.: 16-24326<br><br>Chapter: 13<br><br>Hearing Date: 9/6/2016<br><br>Judge: Jerrold N. Poslusny, Jr. |
|---|---|

## ORDER REINSTATING CASE

The relief set forth on the following page, numbered two through two is hereby **ORDERED**.

**DATED: September 6, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THIS MATTER** having come before the court by the Debtor's Motion to Reinstate Case; and for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** the case is reinstated effective as of  9/6/2016  . The Order dismissing this case entered on  Aug. 10 , 2016 remains and remained in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that unless the deadlines expired <u>before</u> the dismissal of this case, creditors and/or parties–in-interest have:

1. until the original deadline fixed by the court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

**IT IS FURTHER ORDERED** that the Debtor shall, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certificate of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.