**DISTRICT OF NEW JERSEY**
**UNITED STATES BANKRUPTCY COURT**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, HSBC Bank, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing agent M&T Bank

Order Filed on December 13, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

 ISAAC A. MOORE, SR.,

      Debtor.

Case No.: 16-24326-JNP

Hearing Date: December 13, 2016

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER VACATING AUTOMATIC STAY
## AND CO-DEBTOR STAY

 The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: December 13, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: ISAAC A. MOORE, SR.
Case No.: 16-24326-JNP
Caption of Order:  **Order Vacating Automatic Stay and Co-debtor Stay**

---

Upon the motion of Creditor HSBC Bank, National Association as Trustee for Deutsche Mortgage Securities, Inc., Mortgage Loan Trust, Series 2004-4, by its servicing agent M&T Bank, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) and §1301 (c) for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

The automatic stay of Bankruptcy Code Section 362(a) and 1301 (c) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **20 Sawood Drive, Gloucester, NJ 08081**

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:
Isaac A. Moore, Sr.
    Debtor

Case No. 16-24326-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 13, 2016
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2016.
db    +Isaac A. Moore, Sr.,   102 White Ash Avenue,   Sicklerville, NJ 08081-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2016 at the address(es) listed below:
    Denise E. Carlon   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST SERIES 2004-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC, as servicer for The Bank Of New York Mellon Trust  Company, N.A. as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, National Association, nj_ecf_notices@buckleymadole.com
    Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Michael E. Blaine   on behalf of Creditor   HSBC BANK USA, National Association, as Trustee for Deutsche Mortgage Securities, INC., Mortgage Loan Trust  Series 2004-4, by its servicing agent M&T Bank mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
    Michael E. Blaine   on behalf of Creditor   M&T BANK mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
    Richard D Robinson   on behalf of Debtor Isaac A. Moore, Sr. lawofficesrdr@gmail.com, Lawofficesrdr@gmail.com
    Steven P. Kelly   on behalf of Creditor   BANK OF AMERICA N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
    TOTAL: 8