| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

Order Filed on February 16, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In re:

ISAAC MOORE

Case No.: 16-24326-JNP

Hearing Date: February 15, 2017   9:00 am

Judge:  Jerrold N. Poslusny Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: February 16, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting
- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to file tax returns
- failure to provide evidence of income
- failure to attend Confirmation Hearing
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-24326-JNP
Isaac A. Moore, Sr.                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Feb 16, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
db              +Isaac A. Moore, Sr.,   102 White Ash Avenue,   Sicklerville, NJ 08081-3431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               DEUTSCHE MORTGAGE SECURITIES, INC., MORTGAGE LOAN TRUST SERIES 2004-4 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The Bank
               Of New York Mellon Trust  Company, N.A. as successor-in-interest to all permitted successors and
               assigns of JPMorgan Chase Bank, National Association, nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Michael E. Blaine    on behalf of Creditor    HSBC BANK USA, National Association, as Trustee for
               Deutsche Mortgage Securities, INC., Mortgage Loan Trust  Series 2004-4, by its servicing agent
               M&T Bank mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Michael E. Blaine    on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Richard D Robinson    on behalf of Debtor Isaac A. Moore, Sr. lawofficesrdr@gmail.com,
               Lawofficesrdr@gmail.com
              Steven P. Kelly    on behalf of Creditor    BANK OF AMERICA N.A. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 8